UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TUSCALANTE HOMEOWNERS ASSOCIATION, *et al.*,<br><br>　　　　Defendants. | Case No. 2:16-cv-00918-APG-CWH<br><br>**ORDER DIRECTING BANK OF AMERICA TO CERTIFY CASE TO NEVADA ATTORNEY GENERAL** |

Pursuant to Federal Rule of Civil Procedure 5.1(a), the party challenging a state statute's constitutionality must served the Nevada Attorney General with its complaint, motion, or other filing that calls into question the state statute's constitutionality. In its complaint, plaintiff Bank of America, N.A. challenges Nevada Revised Statutes Chapter 116's constitutionality. ECF No. 1.

**IT IS THEREFORE ORDERED** that plaintiff Bank of America, N.A. must serve the Nevada Attorney General with the complaint that calls into question Chapter 116's constitutionality, and shall file proof of compliance within 10 days of the date of this order.

DATED this 11th day of May, 2016.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE