DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
           jason.zummo@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP;<br><br>                   Plaintiff,<br><br>vs.<br><br>TUSCALANTE HOMEOWNERS ASSOCIATION; SNJ ENTERPRISES, INC.; PREMIER ONE HOLDINGS, INC.; ACADIA INVESTMENT; and NEVADA ASSOCIATION SERVICES, INC.;<br><br>                   Defendants. | Case No.:  2:16-cv-00918-APG-CWH<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP, F/K/A Countrywide Home Loans Servicing, LP (**BANA**) hereby provides notice that Steven G. Shevorski, Esq., is no longer associated with the law firm of Akerman LLP.  **BANA** requests Mr. Shevorski be removed from the CM/ECF service list.

///

///

///

///

{40623903;1}                                                              1

Akerman LLP will continue to represent **BANA** and requests DARREN T. BRENNER, ESQ., and JASON J. ZUMMO, ESQ., receive all future notices.

Respectfully submitted, this 17th day of February, 2017.

**AKERMAN LLP**

/s/ *Jason J. Zummo, Esq.*
DARRENT T. BRENNER , ESQ.
Nevada Bar No. 8386
JASON J. ZUMMO, ESQ.
Nevada Bar No. 13995
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date:_ February 22, 2017

_____

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of February, 2017 and pursuant to FRCP 5, I served via this Court's CM/ECF electronic filing system and/or U.S. regular mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed as follows:

| **Timothy C. Pittsenbarger**<br>Leach Johnson Song & Gruchow<br>8945 W. Russell Road, Ste 330<br>Las Vegas, NV 89148 | **Christopher V. Yergensen**<br>Nevada Association Services, Inc.<br>6224 West Desert Inn Road<br>Las Vegas, NV 89146 |
|---|---|

*/s/ Renee Livingston*
An employee of AKERMAN LLP

{40623903;1}

3