DARREN T. BRENNER, ESQ.
Nevada Bar No. 8686
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A., succesor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>TUSCALANTE HOMEOWNERS ASSOCIATION; SNJ ENTERPRISES, INC.; PREMIER ONE HOLDINGS, INC.; ACADIA INVESTMENT; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00918-APG-DJA<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO OPPOSE SUMMARY JUDGMENT MOTIONS**<br><br>**[FIRST REQUEST]**<br><br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 6(b) and District of Nevada Local Rule IA 6-1, Bank of America, N.A., succesor by merger to BAC Home Loans Servicing, LP f/k/a Countrywdie Home Loans Servicing, LP, Premier One Holdings, Inc., and Tuscalante Homeowners' Association jointly agree and request the court extend the deadline for opposing the three summary judgment motions filed on April 29, 2020. (ECF Nos. 60-62.) The opposition deadline is currently May 20, 2020, and the parties seek a two-week extension to June 3, 2020.

This is the parties' first request to extend this deadline and is warranted to the number of issues raised by the parties, including but not limited to, issues surrounding new case authority in

51307259;1
52685767;1
53148522;1

NRS 116 quiet title cases. *7510 Perla Del Mar Ave Trust v. Bank of America N.A.*, 458 P.3d 352 (Nev. 2020); *9352 Cranesbill Trust v. Wells Fargo Bank N.A.*, 459 P.3d 227 (Nev. 2020). This extension is not requested for purposes of undue delay and will not prejudice any party.

Dated this 19th day of May, 2020.

| | |
|---|---|
| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
| */s/ Scott R. Lachman* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8686 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Plaintiff Bank of America, N.A.* | */s/ T. Chase Pittsenbarger* <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> T. CHASE PITTSENBARGER, ESQ. <br> Nevada Bar No. 13740 <br> 2525 Box Canyon Drive <br> Las Vegas, NV 89128 <br><br> *Attorneys for Defendants Tuscalante Homeowners' Association* |

**MORRIS LAW CENTER**

*/s/ Timothy A. Wiseman*
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
TIMOTHY A WISEMAN, ESQ.
Nevada Bar No. 13786
5450 W. Sahara Ave., Suite 330
Las Vegas, NV 89146

*Attorneys for Premier One Holdings, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 5/19/2020

2

51307259;1
52685767;1
53148522;1