DARREN T. BRENNER, ESQ.
Nevada Bar No. 8686
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A., succesor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>TUSCALANTE HOMEOWNERS ASSOCIATION; SNJ ENTERPRISES, INC.; PREMIER ONE HOLDINGS, INC.; ACADIA INVESTMENT; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00918-APG-DJA<br><br>**JOINT STIPULATION TO EXTEND AND COORDINATE DEADLINE TO REPLY TO SUMMARY JUDGMENT MOTIONS**<br><br>**[FIRST REQUEST]**<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 6(b) and District of Nevada Local Rule IA 6-1, Bank of America, N.A., succesor by merger to BAC Home Loans Servicing, LP f/k/a Countrywdie Home Loans Servicing, LP, Premier One Holdings, Inc., and Tuscalante Homeowners' Association jointly agree and request the court coordinate all deadlines to reply to the parties' summary judgment motions. (ECF Nos. 60-62.) The parties opposed each others' summary judgment motions on different days. (ECF Nos. 65-68.) Consequently, the reply deadlines are spread out over various dates in June 2020. The parties desire to reply on the same date, June 17, 2020.

///

51307259;1
52685767;1
53341377;1

This is the parties' first request to extend these deadlines and is warranted to coordinate briefing schedules. This extension is not requested for purposes of undue delay and will not prejudice any party.

Dated this 4th day of June, 2020.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8686
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff Bank of America, N.A.*

**MORRIS LAW CENTER**

*/s/ Timothy A. Wiseman*
SARAH A. MORRIS, ESQ.
Nevada Bar No. 8461
TIMOTHY A WISEMAN, ESQ.
Nevada Bar No. 13786
5450 W. Sahara Ave., Suite 330
Las Vegas, NV 89146

*Attorneys for Premier One Holdings, Inc.*

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ T. Chase Pittsenbarger*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
T. CHASE PITTSENBARGER, ESQ.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, NV 89128

*Attorneys for Defendants Tuscalante Homeowners' Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/4/2020

2

51307259;1
52685767;1
53341377;1