# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00918-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| TUSCALANTE HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

As I stated in my prior order, Bank of America's unjust enrichment claim against defendant Acadia Investment remains pending. ECF No. 76 at 2. The proposed joint pretrial order is now overdue.

I THEREFORE ORDER the parties shall file a proposed joint pretrial order by December 3, 2020. Failure to comply will result in dismissal of this claim with prejudice.

DATED this 19th day of November, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE