ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A., succesor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>TUSCALANTE HOMEOWNERS ASSOCIATION; SNJ ENTERPRISES, INC.; PREMIER ONE HOLDINGS, INC.; ACADIA INVESTMENT; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00918-APG-DJA<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |

Bank of America, N.A., succesor by merger to BAC Home Loans Servicing, LP f/k/a Countrywdie Home Loans Servicing, LP, Premier One Holdings, Inc., and Acadia Investment have recently reached a settlement in principle of all claims between these parties. These parties are working diligently to complete the settlement agreement and anticipate dismissal of Acadia Investment once that agreement is executed.

This court ordered the parrties to file a proposed joint pretrial order by December 3, 2020, or Bank of America's claim against Acadia Investment will be dismissed with prejudice. ECF No. 77.

51307259;1
52685767;1

The parties request this court extend that deadline by sixty (60) days in light of the parties' settlement and the upcoming holidays.  This request is made in good faith and not for delay.

Dated this 20th day of November, 2020.

| **AKERMAN LLP** | **MORRIS LAW CENTER** |
|---|---|
| /s/ Scott R. Lachman<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ Timothy A. Wiseman<br>SARAH A. MORRIS, ESQ.<br>Nevada Bar No. 8461<br>TIMOTHY A WISEMAN, ESQ.<br>Nevada Bar No. 13786<br>5450 W. Sahara Ave., Suite 330<br>Las Vegas, NV 89146<br><br>*Attorneys for Premier One Holdings, Inc. and Acadia Investment* |

## **ORDER**

The parties shall file a proposed joint pretrial order by February 1, 2021.  Failure to comply will result in dismissal of Bank of America's unjust enrichment claim against Acadia Investment with prejudice.

_____
UNITED STATES DISTRICT JUDGE

DATED:   November 24, 2020

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

51307259;1
52685767;1